# Court of Appeals
# of the State of Georgia

ATLANTA,___June 22, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15D0419. MICHAEL BISHOP v. NADINE BELLINGER.

On March 20, 2015, the trial court entered a family violence protective order against Michael Bishop. Over two months later, Bishop filed this application for discretionary appeal.[1] We lack jurisdiction.

An application for discretionary review must be filed within 30 days of the order to be appealed.  OCGA § 5-6-35 (d).  The filing deadline is jurisdictional, and this Court is unable to accept an untimely application. See *Crosson v. Conway*, 291 Ga. 220 (1) (728 SE2d 617) (2012). Accordingly, this application for discretionary appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____06/22/2015_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*

---

[1] Bishop attempted to file his application earlier, but the Court was unable to accept the filing since it did not contain either the order to be appealed or a certificate of service.  See Court of Appeals Rule 31 (e) (applications must include stamped "filed" copy of order to be appealed) & Court of Appeals Rule 6 (any document without a certificate of service shall not be accepted for filing).